IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-20161-01-CM-DJW |
| ) | |
| MARVIN CLAY, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF RELATED CASE**

COMES NOW the United States of America, by and through Lanny D. Welch, United States Attorney for the District of Kansas, and Marietta Parker, Assistant United States Attorney for said District, and informs the Court as follows:

1.  That the above-captioned case will be filed in the United States District Court for the District of Kansas on December 2, 2009.

2.  That on October 7, 2009, a sealed indictment was returned entitled United States v. Carva Lee White, Case No. 09-20122-CM in the United States District Court for the District of Kansas and was assigned to the Honorable Carlos Murguia, U.S. District Judge.

3.  That the above-captioned case and the case of United States v. Carva Lee White, Case No. 09-20122-CM, is a "related case" in that the cases arise from the

1

same facts, conspiracy and/or course of conduct and the defendant in this case is expected to appear as a witness in the related case.

        Respectfully submitted,

        Lanny D. Welch
        United States Attorney

        /S/ Marietta Parker
        Marietta Parker, #77807
        Assistant United States Attorney
        500 State Avenue; Suite 360
        Kansas City, Kansas 66101
        Telephone: 913-551-6730
        Facsimile: 913-551-6541
        E-mail: marietta.parker@usdoj.gov
            Attorneys for Plaintiff